1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12
13

| ESTHER HERNANDEZ, | 2:13-CV-556 JCM (NJK) |
|---|---|
| Plaintiff(s), | |
| v. | |
| FLAGSTAR BANK, FSB, | |
| Defendant(s). | |

14
15

**ORDER**

16          Presently before the court is defendant Flagstar Bank, FSB's motion to dismiss filed on April

17  1, 2013. (Doc. # 2).[1] To date, pro se plaintiff Esther Hernandez has failed to file an opposition.[2]

18          Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any

19  motion constitutes the party's consent to the granting of the motion and is proper grounds for

20  dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the

21  district court is required to weigh several factors: "(1) the public's interest in expeditious resolution

22  of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants;

23  (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less

24  drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*,

25  779 F.2d 1421, 1423 (9th Cir. 1986)).

26
27          [1] Defendant also filed a request for judicial notice (doc. # 3).

28          [2] Plaintiff had up to, and including, April 18, 2013, to respond.

**James C. Mahan**
**U.S. District Judge**

1    The instant motion seeks dismissal of plaintiff's wrongful foreclosure complaint. Although

2    the court must construe the pleadings liberally, "[p]ro se litigants must follow the same rules of

3    procedure that govern other litigants." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987); *see also,*

4    *Ghazali*, 46 F.3d at 54 ("Although we construe pleadings liberally in their favor, pro se litigants are

5    bound by the rules of procedure."); *see also Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986)

6    ("[P]ro se litigants in the ordinary civil case should not be treated more favorably than parties with

7    attorneys of record."). In light of plaintiff's failure to respond, and weighing the factors identified

8    in *Ghazali*, the court finds dismissal appropriate.

9    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Flagstar Bank,

10   FSB's motion to dismiss (doc. # 2) be, and the same hereby is, GRANTED. This case is hereby

11   dismissed without prejudice.

12   DATED April 25, 2013.

13

14   _____

15   **UNITED STATES DISTRICT JUDGE**

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -